JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA S., <br> Plaintiff, <br> v. <br> KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1] <br> Defendant. | Case No. 2:20-cv-07706 DOC (KES) <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that, pursuant to the Order Accepting Report and Recommendation of U.S. Magistrate Judge, the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: July 16, 2021

/s/ David O. Carter
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

---

[1] Kilolo Kijakazi, Acting Commissioner of Social Security, is substituted for her predecessor. Fed. R. Civ. P. 25(d).